BINGHAM MCCUTCHEN LLP
Bruce A. Friedman (SBN 65852)
bruce.friedman@bingham.com
Patrick Allen (SBN 268130)
pat.allen@bingham.com
The Water Garden
Fourth Floor, North Tower
1620 26th Street
Santa Monica, CA  90404-4060
Telephone:  310.907.1000

Attorneys for Plaintiffs
PAUL R. ALANIS and JESS M. RAVICH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL R. ALANIS, an individual; JESS M. RAVICH, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>ERIC NELSON, an individual; DYNASTY DEVELOPMENT GROUP, LLC, a Nevada limited liability company;<br><br>Defendants. | Case No. 2:11-cv-02583-JEM<br><br>**JUDGMENT AND ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date:   August 9, 2011<br>Time:   10:00 a.m.<br>Ctrm:   C, 8th Floor<br><br>Action Filed:  March 28, 2011 |

A/74428755.1/3321481-0000354997

1  Plaintiffs Paul R. Alanis ("Alanis") and Jess M. Ravich ("Ravich")
2  (collectively, "Plaintiffs") Motion for Summary Judgment having regularly come
3  before the Honorable Judge McDermott in the above-captioned action.  Having
4  reviewed and considered the papers, declarations and requests for judicial notice
5  submitted by the parties, and it appearing to the Court that, pursuant to Rule 56 of
6  the Federal Rules of Civil Procedure that good cause exists:

7  IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT,
8  Plaintiffs' Motion is GRANTED.  Plaintiffs have shown that there is no genuine
9  issue as to any material fact and that Plaintiffs are entitled to judgment as a matter
10 of law;

11 IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT,
12 within seven days of this order, Defendants shall sign and deposit with the Escrow
13 Agent, the Escrow Agreement and the Unit Power and Assignment Separate from
14 Certificate documents which are attached hereto as Exhibits 1, 2 and 3
15 respectively.

16 IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT
17 within seven days of this order, Plaintiffs shall deposit into the Escrow the
18 Purchase Price of $1.568 million dollars.

21 DATED: _September 8, 2011         By: _John E. McDermott_
                                         John McDermott
                                         Magistrate Judge