1   BINGHAM MCCUTCHEN LLP
    Bruce A. Friedman (SBN 65852)
2   bruce.friedman@bingham.com
    Patrick Allen (SBN 268130)
3   pat.allen@bingham.com
    The Water Garden
4   Fourth Floor, North Tower
    1620 26th Street
5   Santa Monica, CA  90404-4060
    Telephone:  310.907.1000
6
    Attorneys for Plaintiffs
7   PAUL R. ALANIS and JESS M. RAVICH

8                   UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11
    PAUL R. ALANIS, an individual; JESS        Case No. 2:11-cv-02583-JEM
12  M. RAVICH, an individual;
                                                **JUDGMENT AND ORDER**
13          Plaintiffs,                         **GRANTING PLAINTIFFS'**
                                                **MOTION FOR SUMMARY**
14          v.                                  **JUDGMENT**

15  ERIC NELSON, an individual;                 Date:    August 9, 2011
    DYNASTY DEVELOPMENT GROUP,                  Time:    10:00 a.m.
16  LLC, a Nevada limited liability company;    Ctrm:    C, 8th Floor

17          Defendants.                         Action Filed:  March 28, 2011

18

19

20

21

22

23

24

25

26

27

28

A/74428755.1/3321481-0000354997

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

1  Plaintiffs Paul R. Alanis ("Alanis") and Jess M. Ravich ("Ravich")

2  (collectively, "Plaintiffs") Motion for Summary Judgment having regularly come

3  before the Honorable Judge McDermott in the above-captioned action.  Having

4  reviewed and considered the papers, declarations and requests for judicial notice

5  submitted by the parties, and it appearing to the Court that, pursuant to Rule 56 of

6  the Federal Rules of Civil Procedure that good cause exists:

7  IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT,

8  Plaintiffs' Motion is GRANTED.  Plaintiffs have shown that there is no genuine

9  issue as to any material fact and that Plaintiffs are entitled to judgment as a matter

10  of law;

11  IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT,

12  within seven days of this order, Defendants shall sign and deposit with the Escrow

13  Agent, the Escrow Agreement and the Unit Power and Assignment Separate from

14  Certificate documents which are attached hereto as Exhibits 1, 2 and 3

15  respectively.

16  IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT

17  within seven days of this order, Plaintiffs shall deposit into the Escrow the

18  Purchase Price of $1.568 million dollars.

21  DATED:  _September 8, 2011

By: _John E. McDermott_
John McDermott
Magistrate Judge

A/74428755.1/3321481-0000354997

2

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT